UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. BERGMAN,<br><br>   Plaintiff,<br><br>v.<br><br>TESLA, INC., and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.:  3:20-cv-01026-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

   IT IS HEREBY ORDERED THAT:

   1. This entire action and all claims asserted therein are hereby ordered to binding arbitration conducted by JAMS pursuant to the parties' Joint Motion (ECF No. 8) and the arbitration provision in the agreement that is the subject of the above-titled action.

   2. This action is STAYED pending the outcome of arbitration pursuant to Cal. Code Civ. Proc. § 1281.4.  The Motion to Compel Binding Arbitration filed by Defendant Tesla, Inc. (ECF No. 7) is VACATED.

3. The Court retains jurisdiction to confirm the arbitration award and enter judgment for purposes of enforcement.

Dated: August 20, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court